IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PETER B. DAVIDSON,**

    **Plaintiff,**

**v.**                                                                                            **No. 18-cv-0154 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings [Doc. 21],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                              _____
                                                                              **STEPHAN M. VIDMAR**
                                                                              **United States Magistrate Judge**
                                                                              **Presiding by Consent**