# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PETER DAVIDSON

    Plaintiff,

vs.            Civ. No. 18-154 SMV-CG

NANCY A. BERRYHILL,
**Acting Commissioner of
Social Security,**

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed the parties' Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 24), HEREBY ORDERS that attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff in care of her attorney in the amount of $4,200.00. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). The Court also ORDERS that Plaintiff be reimbursed costs of $400.00 from the Judgment Fund administered by the U.S. Department of the Treasury.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                           HONORABLE STEPHAN M. VIDMAR
                                           UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

| *Filed Electronically 1/3/19* | *Electronically Approved 1/3/19* |
|---|---|
| MICHAEL D. ARMSTRONG | KATHRYN BOSTWICK |
| Attorney for Plaintiff | Special Assistant United States Attorney |